**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW
YORK,

                Petitioners,                        25 **CIVIL** 5792 (AT)

       -against-                                 **JUDGMENT**

   TRANSIT CONSTRUCTION CORP.,

                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2026, the petition to confirm the Award is GRANTED. The Clerk of Court is respectfully directed to enter judgment against Respondent in the amount of $83,014.59; post-Award interest at a rate of 9.5% per annum accruing from April 8, 2025, through the date of judgment totaling $89,669.40, inclusive; attorneys' fees and costs of $4,886.90; and post-judgment interest at the statutory rate for a Total amount of $94,556.30. Accordingly, the case is closed.

**Dated**: New York, New York

      February 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

BY:

**Deputy Clerk**